THOMAS R. RUTHERFORD, as Assignee, etc., Respondent, *v.* MARRIANNA BIOW, Impleaded, etc., Appellant.

THIS case was argued and decided with *Rutherford* v. *Schattman* (*ante*, p. 604).